18BA, CLOSED, SO30

# U.S. District Court
# North Carolina Middle District (Durham)
# CIVIL DOCKET FOR CASE #: 1:07-cv-00393-UA-PTS
# Internal Use Only

RANDALL v. DAVOL INC. et al
Assigned to: UNASSIGNED
Referred to: MAG/JUDGE P. TREVOR SHARP
Demand: $75,000
Case in other court: MDL 1842
Cause: 28:1332 Diversity-Product Liability

Date Filed: 05/16/2007
Date Terminated: 08/15/2007
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

| | | |
|---|---|---|
| **BRENDA RANDALL** | represented by | **CRAIG P. NIEDENTHAL**<br>CORY WATSON CROWDER & DEGARIS, P.C.<br>2131 MAGNOLIA AVE.<br>BIRMINGHAM, AL 35205<br>205-328-2200<br>Fax: 205-324-7896<br>Email: cniedenthal@cwcd.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**ERNEST CORY**<br>CORY WATSON CROWDER & DEGARIS, P.C.<br>2131 MAGNOLIA AVE.<br>BIRMINGHAM, AL 35205<br>205-328-2200<br>Fax: 205-324-7896<br>Email: ecory@cwcd.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**JON C. CONLIN**<br>CORY WATSON CROWDER & DEGARIS, P.C.<br>2131 MAGNOLIA AVE.<br>BIRMINGHAM, AL 35205<br>205-328-2200<br>Fax: 205-324-7896<br>Email: jconlin@cwcd.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**MARCUS EDWARD HAYES, SR.**
CRUMLEY & ASSOCIATES, P.C.
2400 FREEMAN MILL RD., STE. 200
GREENSBORO, NC 27406
336-333-9899
Fax: 336-333-9894
Email: lybagby@crumleyandassociates.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**STEPHEN R. HUNT, JR.**
CORY WATSON CROWDER & DEGARIS, P.C.
2131 MAGNOLIA AVE.
BIRMINGHAM, AL 35205
205-328-2200
Fax: 205-324-7896
Email: shunt@cwcd.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**DAVOL INC.**

**Defendant**

**C.R. BARD, INC.**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/16/2007 | 1 | COMPLAINT against all defendants ( Filing fee $ 350 receipt number 318329.), filed by BRENDA RANDALL.(HAYES, MARCUS) (Entered: 05/16/2007) |
| 05/16/2007 | 2 | CIVIL COVER SHEET filed by BRENDA RANDALL. (HAYES, MARCUS) (Entered: 05/16/2007) |
| 05/17/2007 | 3 | (Court only) NOTICE of Manual Mailing MDL Tag-Along Letter as to BRENDA RANDALL in paper form from the Clerk's Office to the Judicial Panel on Multidistrict Litigation, Washington, D.C. (McClain, Abby) (Entered: 05/17/2007) |
| 05/17/2007 | | (Court only) ***Set Magistrate Judge Flag for Judge P. Trevor Sharp (McClain, Abby) (Entered: 05/17/2007) |
| 05/17/2007 | | CASE REFERRED to Standing Order 30 (McClain, Abby) (Entered: |

| | | |
|---|---|---|
| | | 05/17/2007) |
| 05/17/2007 | 4 | Summons Issued as to DAVOL INC., C.R. BARD, INC. (McClain, Abby) (Entered: 05/17/2007) |
| 05/17/2007 | 5 | Notice of Right to Consent. Counsel shall serve the attached form on all parties. (McClain, Abby) (Entered: 05/17/2007) |
| 06/27/2007 | 6 | MOTION for Pro Hac Vice Admission of Jon C. Conlin by BRENDA RANDALL. Responses due by 7/20/2007 (HAYES, MARCUS) (Entered: 06/27/2007) |
| 06/27/2007 | 7 | MOTION for Pro Hac Vice Admission of Ernest Cory by BRENDA RANDALL. Responses due by 7/20/2007 (HAYES, MARCUS) (Entered: 06/27/2007) |
| 06/27/2007 | 8 | MOTION for Pro Hac Vice Admission or Craig P. Niedenthal by BRENDA RANDALL. Responses due by 7/20/2007 (HAYES, MARCUS) (Entered: 06/27/2007) |
| 06/27/2007 | 9 | MOTION for Pro Hac Vice Admission of Stephen R. Hunt, Jr. by BRENDA RANDALL. Responses due by 7/20/2007 (HAYES, MARCUS) (Entered: 06/27/2007) |
| 07/03/2007 | | ***Motions Referred: 7 MOTION for Pro Hac Vice Admission *of Ernest Cory*, 6 MOTION for Pro Hac Vice Admission *of Jon C. Conlin*, 8 MOTION for Pro Hac Vice Admission *or Craig P. Niedenthal*, 9 MOTION for Pro Hac Vice Admission *of Stephen R. Hunt, Jr.* to Judge P. TREVOR SHARP - (McCarty, Dianne) (Entered: 07/03/2007) |
| 07/13/2007 | 10 | ORDER signed by Judge P. TREVOR SHARP on 07/13/07, that the motion (Pleading No. 6) is GRANTED, and IT IS FURTHER ORDERED that attorney Jon C. Colin shall be subject to the Orders of the Court of the State and amenable to disciplinary action as though he was regularly admitted to practice in the State of North Carolina. (Law, Trina) (Entered: 07/13/2007) |
| 07/13/2007 | 11 | ORDER signed by Judge P. TREVOR SHARP on 07/13/07, that the motion (Pleading No. 7) is GRANTED, and IT IS FURTHER ORDERED that attorney Ernest Cory shall be subject to the Orders of the Court of the State and amenable to disciplinary action as though he was regularly admitted to practice in the State of North Carolina. (Law, Trina) (Entered: 07/13/2007) |
| 07/13/2007 | 12 | ORDER signed by Judge P. TREVOR SHARP on 07/13/07, that the motion (Pleading No. 8) is GRANTED, and IT IS FURTHER ORDERED that attorney Craig P. Niedenthal shall be subject to the Orders of the Court of the State and amenable to disciplinary action as though he was regularly admitted to practice in the State of North Carolina. (Law, Trina) (Entered: 07/13/2007) |
| 07/13/2007 | 13 | ORDER signed by Judge P. TREVOR SHARP on 07/13/07, that the |

| | | |
|---|---|---|
| | | motion (Pleading No. 9) is GRANTED, and IT IS FURTHER ORDERED that attorney Stephen R. Hunt, Jr. shall be subject to the Orders of the Court of the State and amenable to disciplinary action as though he was regularly admitted to practice in the State of North Carolina. (Law, Trina) (Entered: 07/13/2007) |
| 07/13/2007 | | (Court only) ***Attorney ERNEST CORY, CRAIG P. NIEDENTHAL for BRENDA RANDALL added. (Law, Trina) Modified on 7/26/2007 to edit text (Law, Trina). (Entered: 07/19/2007) |
| 07/26/2007 | | (Court only) ***Attorney JON C. CONLIN, STEPHEN R. HUNT, JR for BRENDA RANDALL added. (Law, Trina) (Entered: 07/26/2007) |
| 07/26/2007 | | (Court only) NOTICE of Manual Mailing 10 Order in paper form from the Clerk's Office addressed to JON C. CONLIN. (Law, Trina) (Entered: 07/26/2007) |
| 07/26/2007 | | (Court only) NOTICE of Manual Mailing 11 Order in paper form from the Clerk's Office addressed to ERNEST CORY. (Law, Trina) (Entered: 07/26/2007) |
| 07/26/2007 | | (Court only) NOTICE of Manual Mailing 12 Order in paper form from the Clerk's Office addressed to CRAIG P. NIEDENTHAL. (Law, Trina) (Entered: 07/26/2007) |
| 07/26/2007 | | (Court only) NOTICE of Manual Mailing 13 Order in paper form from the Clerk's Office addressed to STEPHEN R. HUNT, JR. (Law, Trina) (Entered: 07/26/2007) |
| 08/15/2007 | 14 | CONDITIONAL TRANSFER ORDER (certified copy) by MDL Panel re: MDL 1407 transferring this action pursuant to 28 U.S.C. 1407 to the District of Rhode Island for the reasons stated in the order of June 22, 2007. (Law, Trina) (Entered: 08/16/2007) |
| 08/15/2007 | | (Court only) ***Civil Case Terminated. (Law, Trina) (Entered: 08/16/2007) |
| 08/16/2007 | 15 | Letter to individual courts and counsel of record Re: Conditional Transfer Order (CTO-1) transferring to the District of Rhode Island. Re: MDL 875. (Law, Trina) (Entered: 08/16/2007) |
| 08/16/2007 | | (Court only) NOTICE of Manual Mailing 14 Conditional Transfer Order, 15 Transfer Letter in paper form from the Clerk's Office addressed to Michael E. Kunz, Clerk, U.S. District for the Eastern District of Pennsylvania, Mr. Michael J. Beck, Clerk of the MDL Panel. (Law, Trina) (Entered: 08/16/2007) |